IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CELGENE CORPORATION and ASTELLAS PHARMA INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 15-589 (RGA) <br> CONSOLIDATED |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), and the Settlement Agreement (and all exhibits thereto) between Plaintiffs Celgene Corporation and Astellas Pharma Inc. (collectively, "**Plaintiffs**") and Defendant Teva Pharmaceuticals USA, Inc. ("**Teva**," and together with Plaintiffs, the "**Parties**") dated July 13, 2016 (the "**Agreements**"), the Parties hereby stipulate and agree that all claims, counterclaims and affirmative defenses asserted by the Parties against one another in the above-captioned action solely with respect to Teva are hereby dismissed without prejudice, and without costs, disbursements, or attorneys' fees to any party. It is further stipulated and agreed that Teva will not manufacture, use, sell, offer to sell, import, or distribute the Teva products that are subject to the Agreements in or for the United States until August 1, 2018, or earlier as specifically authorized pursuant to the Agreements. It is further stipulated that the U.S. District Court for the District of Delaware retains jurisdiction to enforce and resolve any disputes arising under the Agreements.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Maryellen Noreika* | */s/ Karen E. Keller* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>David M. Fry (#5486)<br>300 Delaware Avenue<br>Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>dfry@shawkeller.com |
| *Attorneys for Plaintiffs Celgene Corporation and Astellas Pharma Inc.* | *Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* |

July 19, 2016

SO ORDERED this ____ day of _____, 201_

_____
United States District Judge